**SO ORDERED: November 22, 2011.**



**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:  SCOTT PETTIT                                                                           CASE NO.   11-90665
          TABITHA PETTIT
DEBTORS
_____

ORDER APPROVING MOTION TO MODIFY PLAN POST-CONFIRMATION
_____

       The Court, after reviewing the Motion to Modify Plan filed on October 26, 2011 and no objections being filed, hereby approves the amendments to the confirmed plan. The Order Confirming the Plan shall be modified as follows:

In order to comply with the Settlement Agreement filed on October 25, 2011 resolving the Trustee's Motion to Dismiss filed on September 27, 2011,

- GE Money Bank shall be allowed a Secured claim in the amount of $2,913.09 at 4.75% interest on its security interest in the 2003 Honda VTX1800C.
- Kentucky Telco – 2005 GMC Yukon to be Surrendered; said Creditor shall be allowed to file an Unsecured Proof of Claim for any deficiency balance after the sale of said property
- The Plan delinquency through September 2011 shall be cured by this amendment.
- The Plan payment will resume October 2011 at $2,640.55 and decrease to $2,484.44 per month beginning November 2011.
- The Debtor will authorize an automatic debit withdrawal from their bank account.
- If the Plan payments are not kept current for the six (6) months following this agreement, the Trustee will contact the Court with a "Notice of Failure to Abide by Settlement" and this bankruptcy case will be automatically dismissed
- The base amount will decrease to $143,124.87.

The original Order of Confirmation shall remain in full force and effect except as modified above.

###

JMB