UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:
SCOTT PETTIT                              }         CASE NO. 11-90665-BHL-13
TABITHA PETTIT                            }
    DEBTORS                               }

### MOTION TO MODIFY DEBTORS' CHAPTER 13 PLAN AND NOTICE OF OBJECTION DEADLINE

Come now the above-captioned Debtors by Counsel, and files his Motion to Modify Debtors' Chapter 13 Plan. In support of this Motion, Counsel for the Debtors state as follows:

1. Pursuant to an Agreed Entry Resolving Trustee's Objection to GMAC Mortgage's proof of claim, the Debtors propose to extend their plan from 60 months to 66 months. The claims held by GMAC Mortgage, LLC shall be unsecured claims.

2. The Debtors shall pay no less than $100,484.75 to unsecured creditors.

3. The Debtors propose to cure their pending plan delinquency up through December, 2012 by the subject amendment to the plan.

WHEREFORE, the Debtors by Counsel, request the Court to modify their plan by extending the plan from 60 months to 66 months; the Debtors' shall continue to deliver payments in the amount of $2,484.44 per month.

Dated this 30th day of January, 2013.

KOEHLER LAW OFFICE

By: _____
Lloyd E. Koehler
Attorney No. 15669-98
William P. Harbison
Attorney No. 27139-53
400 Pearl St., Suite 200
New Albany, Indiana 47150
Telephone: (812)949-2211
Fax: (812)941-3907
E-mail: lloydkoehler@hotmail.com

/s/ Scott Pettit
_____
SCOTT PETTIT

/s/ Tabitha Pettit
_____
TABITHA PETTIT

**NOTICE IS GIVEN THAT** any Objection must be filed with the Bankruptcy Clerk within **21 days** from the date of service [or such other time period as may be permitted by Fed.R.Bankr.P.9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring Street
New Albany, Indiana 47150

The objecting party must ensure delivery of the objection to the party filing the motion, (the Trustee – if not the movant or the objector) (and the Debtor – if not the movant or the objector). **If an objection is NOT timely filed, the requested relief may be granted.**

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 30th day of January, 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Joseph M. Black, Jr., Chapter 13 Trustee: **jmbecf@trustee13.com**
U.S. Trustee: **ustpregion10.in.ecf@usdoj.gov**

I further certify that a true copy of the foregoing Motion to Modify was sent via U.S. Mail this 30th day of January, 2013 to all parties attached hereto:

_____
WILLIAM P. HARBISON

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-4<br>Case 11-90665-BHL-13<br>Southern District of Indiana<br>New Albany<br>Wed Jan 30 14:54:54 EST 2013 | Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090-2036 | BACK BOWL I LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| BRCLYSBANKDE<br>P.O. B  8803<br>WILMINGTON, DE 19899-8803 | Bowman, Heintz, Boscia & Vician, PC<br>8605 Broadway<br>Merrillville, IN 46410-5598 | CANDICA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| CAP ONE<br>POB 30281<br>SALT LAKE CITY, UT 84130-0281 | CITI-SHELL<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 | Capital One Bank (USA), N.A.<br>PO Box 12907<br>Norfolk, VA 23541-0907 |
| EAF LLC<br>1120 WEST  LAKE CO<br>SUITE B<br>BUFFALO GROVE, IL 60089-1970 | FUNANC/GEMB<br>PO BOX 981439<br>EL PASO, TX 79998-1439 | (p)FRONTIER COMMUNICATIONS<br>BANKRUPTCY DEPT<br>19 JOHN STREET<br>MIDDLETOWN NY 10940-4918 |
| GE Money Bank<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | GEMB/JCP<br>PO BOX 981402<br>EL PASO, TX 79998-1402 |
| GEMB/WALMART<br>PO BOX 981400<br>EL PASO, TX 79998-1400 | GEMB/WLMRTDC<br>PO BOX 981471<br>EL PASO, TX 79998-1471 | GEMBLOWBRC<br>PO BOX 981400<br>EL PASO, TX 79998-1400 |
| GMAC MORT.<br>3451 HAMMOND AVE<br>PO BOX 4622<br>WATERLOO, IA 50704-4622 | GMAC Mortgage, LLC as servicer for GMAC Mort<br>GMAC Mortgage, LLC<br>Attn: Bankruptcy Department<br>1100 Virginia Drive<br>Ft. Washington, PA 19034-3204 | HSBC BANK<br>PO BOX 5253<br>CAROL STREAM, IL 60197-5253 |
| HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 | InSolve Recovery, LLC, as assignee of GE Cap<br>c/o Capital Recovery Group, LLC<br>1790 E. River Road, Ste. 101<br>Tucson, AZ 85718-5958 | Jennings Circuit Court<br>40C01-1012-CC-426<br>POB 385<br>Vernon, IN 47282-0385 |
| Jennings Superior Court<br>40D01-1012-CC-394<br>POB 490<br>Vernon, IN 47282-0490 | Julia M. Pike<br>Counsel for plaintiff<br>204 East Market Street<br>Louisville, KY 40202-1218 | KY TELCO CU<br>PO Box 18303<br>Louisville, KY 40261-0303 |
| Koehler Law Office<br>400 Pearl St Suite 200<br>New Albany, IN 47150-3451 | MAIN STREET<br>2877 PARADISE RD<br>SUITE 303<br>LAS VEGAS, NV 89109-5239 | MIDLAND CRED<br>8875 AERO DR<br>SUITE 200<br>SAN DIEGO, CA 92123-2255 |

| | | |
|---|---|---|
| Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | Midland Funding LLC<br>by American InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | OAK HARBOR CAPITAL II LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| PORTFOLIO RC<br>287 INDEPENDENCE<br>VIRGINIA BEACH, VA 23462-2962 | Portfolio Investments I LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Portfolio Investments I LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | The Boyd's Collection LTD<br>75 Cunningham Rd.<br>Gettysburg, PA 17325-7142 | U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 |
| Joseph M. Black Jr<br>PO Box 846<br>Seymour, IN 47274-0846 | Lloyd E Koehler5<br>400 Pearl Street Ste 200<br>New Albany, IN 47150-3451 | Scott Pettit<br>380 S Co Rd 150 W<br>North Vernon, IN 47265-7134 |
| Tabitha Pettit<br>380 S Co Rd 150 W<br>North Vernon, IN 47265-7134 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Frontier Communication<br>Bankruptcy Department<br>11799 N. College Ave<br>Carmel, IN 46032 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)GMAC Mortgage, LLC

End of Label Matrix<br>
Mailable recipients    ~~42~~ 38<br>
Bypassed recipients    1<br>
Total                  ~~43~~ 39